*E-Filed 2/22/13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY ALEXANDER, | No. C 12-1175 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME;** |
| v. | **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| R. REYNOSO, | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 32) is GRANTED.  Such dispositive motion shall be filed on or before May 15, 2013.

Plaintiff's motion for summary judgment (Docket No. 31) is DENIED without prejudice.  He may refile such motion **after** defendants have filed their dispositive motion.  The Clerk shall terminate Docket Nos. 31 and 32.

**IT IS SO ORDERED**.

DATED: February 22, 2013

RICHARD SEEBORG
United States District Judge