*E-Filed 5/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY ALEXANDER, | No. C 12-1175 RS (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTIONS;** |
| v. | |
| SALINAS VALLEY STATE PRISON, | **ORDER REMINDING PLAINTIFF TO FILE AN OPPOSITION TO THE MOTION TO DISMISS** |
| Defendants. | |

Plaintiff's second motion for the appointment of counsel (Docket No. 38) is DENIED on the same grounds as his previous motion for counsel was denied. His motion for an emergency transfer (Docket No. 39) is DENIED because his allegations are conclusory. His motion for a settlement conference (Docket No. 40) is DENIED.

Defendants filed a motion to dismiss on May 15, 2013. (Docket No. 41.) **Plaintiff is directed to file an opposition to this motion on or before July 1, 2013.** The Clerk shall terminate Docket Nos. 38, 39, and 40.

**IT IS SO ORDERED**.

DATED: May 20, 2013

RICHARD SEEBORG
United States District Judge