**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY ALEXANDER, | No. C 12-1175 RS (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. REYNOSO, | |
| Defendant. | |

The action having been dismissed, the Court hereby enters judgment in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: November 15, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-1175 RS (PR)
JUDGMENT