*E-Filed 1/2/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY ALEXANDER, | No. C 12-1175 RS (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| SALINAS VALLEY STATE PRISON, | |
| Defendants. | |

Plaintiff's motion for reconsideration (Docket No. 73) is DENIED.  Because the motion was filed after the filing of a notice of appeal, the Court lacks jurisdiction to consider the motion, *see Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (once notice of appeal is filed, district court loses jurisdiction over matters being appealed), and the Court is not disposed to entertain the motion, so the Court of Appeals need not remand for ruling, *see Williams v. Woodford*, 306 F.3d 665, 683-84 (9th Cir. 2002).  This order terminates Docket No. 73.

**IT IS SO ORDERED**.

DATED: December 20, 2013

RICHARD SEEBORG
United States District Judge